Rachel Lederman, SBN 130192
ALEXSIS C. BEACH AND RACHEL LEDERMAN, ATTORNEYS
558 Capp Street
San Francisco, CA 94110
PHONE: (415) 282-9300
FAX: (510) 590-9296
E-mail: rachel@bllaw.info

R. Michael Flynn, SBN 258732
FLYNN LAW OFFICE
1736 Franklin Street, Suite 400
Oakland, California 94612
Phone: (510) 893-3226
Fax:   (866) 728-7879
E-mail: michael@flo-law.com

Hasmik Geghamyan, SBN 283160
GEGHAMYAN LAW OFFICE
1736 Franklin Street, Suite 400
Oakland, California 94612
Phone: (415) 857-5548
Fax: (415) 688-2102
E-mail: geghamyanlaw@gmail.com

**Attorneys for Plaintiff Melchor Javier Ortega**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELCHOR JAVIER ORTEGA, | **Case No.: 3:16-CV-03383-LB** |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FEBRUARY 13, 2017 CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendants. | |

The Case Management Conference is currently scheduled for Thursday, February 16, 2017 at 11:00 a.m.  The parties request a continuance of the Case Management Conference to June 22, 2017 or another date subject to the Court's availability.  There is good cause for such a continuance for the following reasons:

1. The parties are in the process of setting an early settlement conference. The matter has not been ready for settlement up to this point due to ongoing medical issues.
2. Defendant's counsel intends to depose Mr. Ortega prior to the settlement conference.

Dated:  February 7, 2017            Respectfully submitted,
                                    ALEXSIS C. BEACH & RACHEL LEDERMAN,
                                    Attorneys
                                    FLYNN LAW OFFICE
                                    GEGHAMYAN LAW OFFICE

                                    /s/ _Hasmik Geghamyan_____
                                    By: Hasmik Geghamyan
                                    Attorneys for plaintiff, Melchor Javier Ortega


Dated:  February 8, 2017            DENNIS J. HERRERA
                                    City Attorney
                                    CHERYL ADAMS
                                    Chief Trial Attorney
                                    BRIAN P. CEBALLO
                                    Deputy City Attorney
                                    By:    /S/
                                    BRIAN P. CEBALLO
                                    Attorneys for Defendants
                                    CITY AND COUNTY OF SAN FRANCISCO,
                                    RUIZ AND SHABLINSKIY

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Case Management Conference currently set for February 16, 2017 will be continued to June 22, 2017 or thereafter. A further joint case management statement will be due one week before.

Dated: 02/09/2017

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE